

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00431-CR

Crystal B. **WILLIAMS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR2757C
Honorable Ron Rangel, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED July 26, 2017.

_____
Karen Angelini, Justice